**In re the Marriage of Amber Sutcliffe
PETERSON, Respondent,**

v.

**Robert Dale PETERSON, Appellant.**

No. 21659.

Missouri Court of Appeals,
Southern District,
Division Two.

May 6, 1998.

---

D. Christian Wise, Springfield, for Appellant.

Lynn Plaisance Johnson, Johnson & Johnson, Springfield, for Respondent.

Before PARRISH, P.J., SHRUM, J., and MONTGOMERY, C.J.

PER CURIAM.

In this dissolution of marriage case, a document entitled "JUDGMENT AND DECREE OF DISSOLUTION" was filed. The document is signed by "Winston Davis, Commissioner." Robert Dale Peterson appeals the "judgment" entered.

This appeal is dismissed as required by *Slay v. Slay,* 965 S.W.2d 845 (Mo.banc 1998). Although the document filed in this case is denominated "judgment," it is not signed by a judge. "Because the document[ ][is] not signed by a person selected for office in accordance with and authorized to exercise judicial power by article V of the state constitution, no final appealable judgment has been entered.... " *Slay* at 845. This Court is without jurisdiction.

Appeal dismissed.